Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888   Fax:  (630) 981-3896

In re:
JORGE F TORRENS
ZITA M TORRENS

Case No. 09-19520
Account No. 169967379
    JORGE F TORRENS
    ZITA M TORRENS
    1500 BRIARCLIFF RD #206
    MONTGOMERY, IL  60538

WELLS FARGO OPERATIONS CENTER
PO BOX 31557 MACB6955 01B
BILLINGS, MT  59107

    MYLER RUDDY & MCTAVISH
    % FOOTE MIELKE CHAVEZ & ONEIL LLC
    10 W STATE ST #200
    GENEVA, IL  60134

    KLEIN STODDARD BUCK & LEWIS LLC
    2045 ABERDEEN CT #A
    SYCAMORE, IL  60178

    BRADLEY S COVEY PC
    232 S BATAVIA AVE
    BATAVIA, IL  60510

    SPRINGER BROWN LLC
    400 S COUNTY FARM RD #330
    WHEATON, IL  60187

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  January 17, 2014 .

/S/   Ryan Faye
---
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trust

Case 09-19520    Doc 113    Filed 01/17/14    Entered 01/17/14 10:08:35    Desc    Page 2 of 2